AO 93 (Rev. 5/85) Search Warrant

FILED FEB 13 2008

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Contents of a Motorola, Sun Com wireless, cellular phone, silver and berry in color, and assigned the International Mobile Equipment Identity (IMEI) 362239012229623OFL9, and further described below.

**SEARCH WARRANT**

CASE NUMBER: 1:08-MJ-24 M

TO: Any Authorized HIDTA Federal Officer and any Authorized Officer of the United States

Affidavit(s) having been made before me by Federal Task Force Officer Timothy Sanzi who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
Contents of a Motorola, Sun Com wireless, cellular phone, silver and berry in color, and assigned the International Mobile Equipment Identity (IMEI) 362239012229623OFL9, which was seized on February 1, 2008 during the execution of a search warrant at 291 Althea Street, 2nd Floor Apartment, Providence, RI.

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)
Associations and other records relating to drug trafficking or the location and or movement of the proceeds of drug trafficking.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before February 23, 2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN
U.S. Judge or Magistrate
as required by law.

2-13-08 3:03 PM at Providence, RI
Date and Time Issued City and State

DAVID L. MARTIN, UNITED STATES MAGISTRATE JUDGE — David L. Martin
Name and Title of Judicial Officer — Signature of Judicial Officer

True Copy
DAVID A. DIMARZIO
By: Deputy Clerk

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/13/08 | 2/14/08 9:00am | |

INVENTORY MADE IN THE PRESENCE OF
Detective Timothy Sauro, ICE Agent Brendan Hickey

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Telephone Address list, recent call lists, contact information list, email's & instant messages related to the cellular phone bearing # 787-225-6939.

FILED
2008 FEB 21 P 2:41
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

David L Martin — U.S. Judge or Magistrate — USMJ — 2-21-08 Date